IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03365-RBJ-BNB

DANIEL BRENT MILLER,

Plaintiff,

v.

CORPERAL LUSK, Teller Sheriff,
DEPUTY BAST, Teller Sheriff,
DEPUTY ODELL, Teller Sheriff, and
DEPUTY MARTINEZ, Teller Sheriff,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Allow Inmate Deposition Pursuant to Fed.R.Civ.P. 30(a)(2)** [docket no. 104, filed July 2, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants are allowed to take the deposition of plaintiff Daniel Brent Miller on or before **August 2, 2013**. The defendants' counsel will work with the Colorado Department of Corrections to schedule a date and time that is amenable to accommodating this deposition at the Limon Correctional Facility (or any facility plaintiff may be transferred to).

DATED: July 8, 2013