IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-03365-RBJ-BNB

DANIEL BRENT MILLER,

Plaintiff,

v.

CORPERAL LUSK, Teller Sheriff,
DEPUTY BAST, Teller Sheriff,
DEPUTY ODELL, Teller Sheriff, and
DEPUTY MARTINEZ, Teller Sheriff,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendants' Motion for Order Regarding Doc. 110 Or, in the Alternative, for Modification of Scheduling Order** [Doc. #112, filed 07/25/2013] (the "Motion").  The Motion [Doc. # 112] is DENIED.

On July 2, 2013, the defendants filed a motion requesting leave of court to allow the deposition of the plaintiff [Doc. #104].  I granted the motion and permitted the defendants to depose the plaintiff on or before August 2, 2013 [Doc. #106].  The plaintiff filed an objection to my order [Doc. #110].  Based on the objection, the defendants request that the court issue an order directing the plaintiff to participate in his deposition or, in the alternative, to extend the discovery deadlines.  I have already entered an order granting leave to depose the plaintiff.  The plaintiff's objection to my order does not stay the deposition, D.C.COLO.LCivR 30.2, and the plaintiff's failure to comply with the order may expose him to the imposition of sanctions.

IT IS ORDERED that Defendants' Motion for Order Regarding Doc. 110 Or, in the Alternative, for Modification of Scheduling Order [Doc. #112] is DENIED.

Dated July 25, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge