**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03365-RBJ-BNB

DANIEL BRENT MILLER,

    Plaintiff,

v.

CORPERAL LUSK, Teller Sheriff,
DEPUTY BAST, Teller Sheriff,
DEPUTY ODELL, Teller Sheriff, and
DEPUTY MARTINEZ, Teller Sheriff,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [Doc. No. 145] of Judge R. Brooke Jackson entered on Jan. 29, 2014, APPROVING and ADOPTING the magistrate judge's recommendation that the action be DISMISSED WITH PREJUDICE for the plaintiff's failure to comply with orders of the court, it is

ORDERED that judgment is entered in favor of Defendants LUSK, BAST, ODELL and MARTINEZ and against Plaintiff DANIEL BRENT MILLER, who recovers nothing, and the action is dismissed on the merits.  Defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a bill of costs within 14 days' entry of judgment.

Dated at Denver, Colorado this 3rd day of February, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Julie Dynes

Julie Dynes, Deputy Clerk